31,922-14,15

MOTION DENIED
DATE: 3-24-15
BY: P.C.

3-19-2015

Dear Clerk;

Please find the instrument enclosed for filing.

Please forward me a docket sheet and copy of all pleadings that you have on file in the enclosed Referenced styled causes.

Respectfully
Requested,

James Coleman

James Coleman
SPN# 01125709  6B2
1200 Baker St,
Houston, Tex, 77002

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 23 2015

Abel Acosta, Clerk

Ex Parte    Cause #849859-C    COURT OF CRIMINAL
James      849860-C       Appeals, Austin, Texas.
Edward    WR-31,922-14
Guzman    WR-31,922-15

## MOTION REQUESTING DESIGNATION OF ISSUES

Comes now, James Guzman, and respectfully moves the Court Of Criminal Appeals to ORDER persuant to Tex. Code Crim. Proc. art. 11.07, § 3(d), designate the following issues which need to be resolved;

1) Whether the Applicant was denied due process in the 1-12-15 Prerevocation Hearing by Kayobe Enigboken and Altheria Charles by failing to notify the offender James Guzman TDC#01023457 within five days of Prerevocation Hearing of which resulted in a reopening of Prerevocation Hearing on 2-24-15 of which further Prerevocation due process violations occured in the Hearing that warrants for warrant #07312014-04440654 to be illegal and must be withdrawn due to unrepairable Constitutional Rights being violated by Kayobe Enigboken and Altheria Charles against applicant James Guzman, TDC#01023457.

2) Whether the Parole Panel has violated Applicant's James Guzman Procedure rights by violating the (Gov. Code 508.282) 56 day rule of total discharge of charges against James Guzman of which since execution of warrant on 12-29-14 and as of current and after two Prerevocation Hearings on 1-12-15 and 2-24-15, the Parole Panel has yet failed to discharge charges and warrant #07312014-04440654 must be withdrawn immediately.

Ex Parte     Cause # 849859-C    Court Of Criminal
James           849860-C    Appeals, Austin, Texas
Edward      WR-31,922-14
Guzman     WR-31,922-15

3) Whether the Applicant James Guzman's time credits for Flat time, Good time, work time, and street time Are enough to satisfy Mandatory Supervision Law where once your flat time, good time, work time equal your sentence then Applicant must be released to Mandatory Supervision and warrant# 07312014-04440654 must be withdrawn once the Board of Pardons and Paroles calculates all the flat time, good time, work time, and street time, applicant James Guzman has served on TDC#01023457 ranging from 2000 til current under Prerevocation warrants and TDC# 01023452 as of 2000 til current day and year. After all calculations done warrant# 07312014-04440654 must be withdrawn.

4) Whether the Applicant James Guzman has enough time served to satisfy by (Gov. Code 508.1555) procedures to satisfy Parole Supervision Completion (Gov. Code 508.155). Applicant states He has 15yrs flat time, 7 Good time years, 7 work time years, and 7 street time years which actually adds up to 36yrs which surpasses His 25yr sentence of which warrant # 07312014-04440654 can be rendered withdrawn and (Gov. Code 508.155) Parole Supervision Completion of Certificate rendered complete.

Ex Parte                Cause#849859-C  COURT OF CRIMINAL
James                         849860-C  APPEALS, Austin, Texas
Edward         WR-31,922-14
Guzman         WR-31,922-15

Wherefore premises considered the Applicant prays that the Court Of Criminal Appeals ORDER Designation Of Issues And ORDER illegal WARRANT#07312014-04440654 to be emergent withdrawn while all Issues Are being ordered.

Applicant has been incarcerated since 12-29-14 on illegal WARRANT#07312014-04440654 and Board of Pardons and Paroles have failed to timely discharge of charges And thus, WARRANT needs to be ORDERED withdrawn And a Summons issued for any further Hearings OR Parole Panel decisions.

I, James Guzman, TDC#01023457#01125202, 6B2, 1200 Baker St, Houston, Tx, 77002, do hereby declare under the penalty of perjury all is true and correct.

/3-19-15        James Guzman        TDC#01023457

ORDER

Came to be Heard Motion Requesting Designation Of Issues And on this _____ day of _____, 2015 it is so ORDERED

Granted _____,
Denied _____

and soo ordered withdraw of WARRANT#07312014-04440654 be immediately withdrawn

Judge Presiding